

**Fox Rothschild LLP**
ATTORNEYS AT LAW

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7927  Fax 212.692.0940
www.foxrothschild.com

TIMOTHY A. GUMAER
Direct No: 646.601.7652
Email: TGumaer@FoxRothschild.com

January 27, 2025

> A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> _____
> Alvin K. Hellerstein, U.S.D.J.
> Date: 1/27/25

**VIA ECF**
Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   ***Christina Sostre v. Mermaid Chelsea, LLC, et al.***
       **Case No. 24-cv-07867**

Dear Judge Hellerstein:

We represent Defendants Mermaid Chelsea, LLC, Cindy Smith, and Daniel Abrams (collectively, "Defendants") in the above-referenced matter. On behalf of Defendants and Plaintiff Christina Sostre ("Plaintiff"), we hereby inform the Court that the Parties have reached a settlement in principle and are in the process of drafting their settlement agreement.

We anticipate that the Parties will finalize and execute their settlement agreement and file a stipulation of dismissal with prejudice within the next thirty (30) days. Given that the Parties have resolved the litigation, we respectfully request that this Court adjourn all pending dates (including Defendants' deadline to respond to the Amended Complaint) and provide the Parties with thirty (30) days to file their anticipated stipulation of dismissal. This is the Parties' first request of this kind.

Respectfully submitted,

FOX ROTHSCHILD LLP

/s/ *Timothy A. Gumaer*

Timothy A. Gumaer

cc:   All Counsel (via ECF)

167361153.1